BEFORE:    VIKTOR V. POHORELSKY            DATE:    1/20/12
               U.S. MAGISTRATE JUDGE         START TIME:   3:20 p.m.
                                                           END TIME:    3:30 p.m.
DOCKET NO.   CV-11-2737                             JUDGE:    SLT

CASE NAME:    Hernandez v. City of New York, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone Status

APPEARANCES:   Plaintiff      Robert Marinelli
                         Defendant    Ryan Shaffer

SCHEDULING AND RULINGS:

1.    Paper discovery is largely complete. The parties are discussing a resolution by settlement. If unsuccessful, they will proceed to conduct the four depositions which they anticipate at this point. They have no disputes and anticipate no difficulty meeting the deadline.

2.    The next conference will be held by telephone on **April 20, 2012 at 3:30 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).